Order modified by striking out the conditions therein imposed as to acceptance of a notice of appeal from defendants, and the furnishing of a copy of the minutes of the trial, and by further extending the time to serve a proposed case on appeal twenty days from the date of the entry of the order on this decision; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. Motion to dismiss appeal from order denied, without costs. Motion to dismiss appeal from judgment denied, without costs. No opinion. Jenks, P. J., Burr, Thomas and Carr, JJ., concurred; Stapleton, J., not voting.

John F. Hunter, Who Sues on Behalf of Himself and All Other Private Consumers of Water in the Village of Mamaroneck, Similarly Situated, Respondent, v. New York Inter-Urban Water Company, Appellant.— Order modified to the extent that the temporary injunction against the defendant shall be confined simply to the cutting off of the water supply of plaintiff and those similarly situated, pending the trial of the action, provided payment is made for said water supply at the rates in force on December 31, 1912, and all reasonable regulations of the defendant have been complied with. If plaintiff neglects to bring this action on for trial at the June Special Term for Trials in Westchester, then the defendant may apply at Special Term for the vacation of the injunction order or the giving of such further security by the plaintiff as it may feel advised. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred. Order to be settled before Mr. Justice Carr.

In the Matter of the Application of the Board of Supervisors of Putnam County, Respondent, to Acquire, etc., Certain Real Estate, etc. James F. Thompson and Others, Appellants; Putnam Valley-Tompkins Corners County Highway. Road No. 974.— Order of the County Court of Putnam county in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

In the Matter of Acquiring Title by the City of New York, Appellant, to Certain Lands, etc., on the Easterly Side of Pennsylvania Avenue, etc. Anna J. Doyle, Appellant; Sambern Amusement Company, Respondent. — Appeal dismissed, without costs. In view of the seeming conflict between Matter of City of New York, Hamilton Place (143 App. Div. 302; 202 N. Y. 607), and Matter of Simmons (203 N. Y. 241), an appeal will be allowed to the Court of Appeals from the order of dismissal, and an appropriate question certified to that court if the present appellants so elect. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of John Lyon and Others, as Executors, etc., of William Abrams, Deceased, Respondents. Julia E. Fowler and Alice A. Hutcheson, Appellants. — Decree of the Surrogate's Court of Nassau county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New

York, Appellants, to Acquire Real Estate, etc., in the City of Yonkers, etc. Hill View Reservoir, Section No. 1, Parcel No. 4. David H. King, Jr., Respondent.— Report of commissioners and order confirming same affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr and Putnam, JJ., concurred; Jenks, P. J., not voting.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, Respondents, to Acquire Real Estate, etc., in the City of Yonkers, etc. Hill View Reservoir, Section No. 1, Parcel No. 4. David H. King, Jr., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr and Putnam, JJ., concurred; Jenks, P. J., not voting.

In the Matter of the Application of Union Free School District Number One of the Town of White Plains, Westchester County, N. Y., Appellant, to Acquire Title to Certain Lands, etc. Thomas Anderson, Respondent. — Order modified by disallowing the item of $256.75 for expenses incurred prior to commissioners' appointment, and as so modified affirmed, without costs of appeal. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Milton Kempner, Respondent, v. F. B. Haviland Publishing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Vincent Mulcahy, an Infant, by Mary Mulcahy, His Guardian ad Litem, Respondent, v. Michael Purcell and Joseph Purcell, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the communication to the jury of the information that there was an insurance company behind the defendants was improper and prejudicial. Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

Albert Nussle, as Administrator, etc., of Emlie Nussle, Deceased, Respondent, v. Builders Trucking and Material Company, Appellant, Impleaded with Others, Defendants.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Frederick Peterson, Appellant, v. Royal S. Lambertson and Carl F. Timm, Respondents.— Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Santo Romano and Giuseppe Esposito, Appellants.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Frank Winter, alias Frank Smith, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York ex rel. Frederick R. Kotteman, Appellant, v. Rhinelander Waldo, as Police Commissioner of the City of